UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BOOKING.COM B.V., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| JOSEPH MATAL, ) | Civil Action No. 1:16-cv-425-LMB-IDD |
| Performing the Function and Duties of the ) | |
| Under Secretary of Commerce for ) | |
| Intellectual Property and Director of ) | |
| the United States Patent and ) | |
| Trademark Office, et al., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION TO AMEND JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 59(e), Defendants Joseph Matal, in his official capacity performing the functions and duties of the Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office, and the United States Patent and Trademark Office (collectively "USPTO"), through their undersigned counsel, respectfully move this Court to amend its order and memorandum opinion (*i.e.*, the "judgment") in the above-captioned action. More specifically, the USPTO requests that this Court remove that portion of its order and memorandum opinion that requires the USPTO specifically to register two of Plaintiff's trademarks, and replace it with a mandate that the Plaintiff's trademark applications be remanded to the USPTO for further administrative proceedings consistent with this Court's memorandum opinion. The grounds for this motion are fully explained in the simultaneously-filed memorandum of law in support of the motion.

///

///

2

September 6, 2017                                       Respectfully submitted,

                                                                  DANA J. BOENTE
                                                                  UNITED STATES ATTORNEY

                                                      By:           /s/
                                                                DENNIS C. BARGHAAN, JR.
                                                               Deputy Chief, Civil Division
                                                               Assistant United States Attorney
                                                               Justin W. Williams U. S. Attorney's Building
                                                               2100 Jamieson Avenue
                                                               Alexandria, Virginia 22314
                                                               (703) 299-3891 (phone)
                                                               (703) 299-3983 (fax)
                                                               Dennis.Barghaan@usdoj.gov
                                                               *Counsel for Defendants*

*Of Counsel*:

NATHAN K. KELLEY
Solicitor

THOMAS W. KRAUSE
Deputy Solicitor

CHRISTINA J. HIEBER
Senior Counsel for Trademark Litigation

MARY BETH WALKER
MOLLY R. SILFEN
Associate Solicitors
United States Patent and Trademark Office

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will transmit a true and correct copy of the same to the following:

Brian J. Kapatkin
Foley & Lardner LLP
Washington Harbour
3000 K Street, N.W., Suite 600
Washington, D.C. 20007
BKapatkin@foley.com

DATE: September 6, 2017         *By:* _____/s/_____
                                                     DENNIS C. BARGHAAN, JR.
                                                     Deputy Chief, Civil Division
                                                     Assistant United States Attorney
                                                     2100 Jamieson Avenue
                                                     Alexandria, Virginia 22314
                                                     Tel.: (703) 299-3891
                                                     Fax: (703) 299-3983
                                                     Dennis.Barghaan@usdoj.gov
                                                   *Attorney for Defendants*