# Exhibit B

# INVOICE

| | |
|---|---|
| **Vendor** | HAL PORET |
| **Requester** | Jonathan E. Moskin [Partner | 20715 | 20715] |
| **Created By** | William S. Walker Jr [Assistant | 21260 | 21260] |
| **Create Date** | 06/16/2017 |

## Invoice Information

| | |
|---|---|
| **Vendor** | HAL PORET [HALPORET] |
| **Address** | HAL PORET [1]<br>DBA: HAL PORET LLC<br>142 HUNTER AVE<br>SLEEPY HOLLOW, NY  10591 |
| **Invoice Number** | FL-BC-0216 |
| **Invoice Date** | 06/16/2017 |
| **Invoice Amount** | 11,750.00 USD |
| **Description** | Expert witness services:  conduct survey, review data, survey report, deposition; supplemental report. |
| **Compliance Review** | No |

## Allocation Details

Amount (USD)

**Billable** — 11,750.00

| **096981-0108** | PRICELINE.COM INCORPORATED<br>U.S. TM: BOOKING.COM Logo App. No.: 85/485,097 |
|---|---|
| **Line** | 0001 |
| **Description** | Expert witness services:  conduct survey, review data, survey report, deposition; supplemental report. |
| **CostCode** | Expert Fees |

## Allocation Summary

Amount(USD)

| **096981-0108** | PRICELINE.COM INCORPORATED     U.S. TM: BOOKING.COM Logo App. No.: 85/485,097 | 11,750.00 |
|---|---|---|

## Expense Summary

| | Amount(USD) |
|---|---|
| **Billable** | 11,750.00 |

<u>**INVOICE FL-BC-0216**</u>

10-28-16

To:
**Booking.com**
**C/o**
**Jonathan Moskin**
**Foley & Lardner LLP**

Pay to:
Hal Poret LLC
142 Hunter Ave
Sleepy Hollow, NY  10591
Hal.inc42@gmail.com
914-772-5087
TAX ID#: 47-4647886

HOURLY CHARGES FOR CONSULTING IN MATTER OF BOOKING.COM V. LEE FOR
OCTOBER 2016

| Date | Description | Hours |
|---|---|---|
| Oct 8, 2016 | Review of survey, report, and data in prep for deposition | 1.0 hr |
| Oct 11, 2016 | Review of survey, report, and data in prep for deposition | 1.4 hr |
| Oct 12, 2016 | Review of survey, report, and data in prep for deposition | 2.1 hr |
| Oct 13, 2016 | Prep for deposition, deposition, and travel time | 6.2 hr |
| Oct 16, 2016 | Review of Blair Report; review of Poret survey data | 1.1 hr |
| Oct 25, 2016 | Analysis of Blair report and drafting of supplemental report | 2.3 hr |
| Oct 26, 2016 | Analysis of Blair report and drafting of supplemental report | 3.4 hr |
| Oct 27, 2016 | Review and correction of deposition transcript | 0.7 hr |
| Oct 28, 2016 | Review and correction of deposition transcript | 0.6 hr |

**TOTAL = 18.8 hrs @ $625/hr**

# TOTAL AMOUNT OF INVOICE = $11,750

PAYABLE WITHIN 60 DAYS OF RECEIPT

PAYABLE BY CHECK TO ABOVE ADDRESS OR BY ELECTRONIC TRANSFER TO:

Account Name:  Hal Poret LLC
Bank Name:  JP Morgan Chase Bank NA
Swift Code:  CHASUS33
Routing Number:  021000021
Account Number: 790687078