# Exhibit C

**Princeton Consulting**

| Consultant | Date | Time | Hours | |
|---|---|---|---|---|
| SJL | Prior hours | | 3 | |
| SJL | 25-Aug | 10:00am-10:30am | 0.5 | |
| SJL | 25-Aug | 2:00pm-7:30pm | 5.5 | |
| SJL | 25-Aug | 8:00pm-10:15pm | 2.25 | |
| MJ | 25-Aug | 10:00am-12:00pm | 2 | |
| MJ | 25-Aug | 12:30pm-3:30pm | 3 | |
| MJ | 25-Aug | 9:30pm-10:15pm | 0.75 | |
| SJL | 26-Aug | 10:30am-12:00pm | 1.5 | |
| SJL | 26-Aug | 12:30pm-6:30pm | 6 | |
| SJL | 27-Aug | 12:00pm-6:00pm | 6 | |
| SJL | 27-Aug | 1:30pm-7:30pm | 6 | |
| SJL | 9-Sep | 9:30am-12:00pm | 2.5 | |
| SJL | 9-Sep | 12:30pm-7:45pm | 7.25 | |
| SJL | 11-Sep | 11:00-11:45am | 0.75 | |
| SJL | 11-Sep | 1:30-7:30pm | 6 | |
| SJL | 11-Sep | 8:00pm-10:45pm | 2.75 | |
| MJ | 11-Sep | 12:30pm-1:15pm | 0.75 | |
| MJ | 11-Sep | 1:45pm-2pm | 0.25 | |
| MJ | 11-Sep | 8:00pm-9:00pm | 1 | |
| MJ | 11-Sep | 10:00pm-10:45pm | 0.75 | |
| MJ | 12-Sep | 11:00am-12:15pm | 1.25 | |
| **Total Hours** | | | **59.75** | |
| **Amount Due ($600/hour)** | | | **$35,850.00** | Previously submitted, but no payment received to date |

**New Hours**

| Consultant | Date | Time | Hours |
|---|---|---|---|
| SJL | 11/11/2016 | 11:30am-12pm | 0.5 |
| | | 1:00pm-2:00pm | 1 |
| | | 3:30pm-4:45pm | 1.25 |
| | 13-Nov | 10:00am-12:30pm | 2.5 |
| | | 2:00pm-2:30pm | 0.5 |
| | 14-Nov | 9:00am-10:00am | 1 |
| **Total Hours** | | | **6.75** |
| **Amount Due ($600/hour)** | | | **$4,050.00** |