UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BOOKING.COM B.V., )<br>)<br>Plaintiff, )<br>)<br>)<br>JOSEPH MATAL, )<br>Performing the Function and Duties )<br>of the Under Secretary of Commerce )<br>for Intellectual Property and Director of )<br>the United States Patent and )<br>Trademark Office, *et al.*, )<br>)<br>Defendants. ) | Civil Action No. 1:16cv425 |

## NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 3, the defendants hereby appeal to the United States Court of Appeals for the Fourth Circuit from the Amended Judgment Order entered in this action on October 26, 2017 (Dkt. No. 112), and all other orders, holdings, or rulings merged or incorporated into that Amended Judgment Order.

///

///

1

December 22, 2017                              Respectfully submitted,

                                              DANA J. BOENTE
                                              UNITED STATES ATTORNEY

                              By:          /s/
                                              DENNIS C. BARGHAAN, JR.
                                              Deputy Chief, Civil Division
                                              Assistant United States Attorney
                                              Justin W. Williams U. S. Attorney's Building
                                              2100 Jamieson Avenue
                                              Alexandria, Virginia 22314
                                              (703) 299-3891 (phone)
                                              (703) 299-3983 (fax)
                                              Dennis.Barghaan@usdoj.gov
                                              *Counsel for Defendants*

*Of Counsel*:

NATHAN K. KELLEY
Solicitor

THOMAS W. KRAUSE
Deputy Solicitor

CHRISTINA J. HIEBER
Senior Counsel for Trademark Litigation

MARY BETH WALKER
MOLLY R. SILFEN
Associate Solicitors
United States Patent and Trademark Office

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will transmit a true and correct copy of the same to the following:

Brian J. Kapatkin
Foley & Lardner LLP
Washington Harbour
3000 K Street, N.W., Suite 600
Washington, D.C. 20007
BKapatkin@foley.com

DATE: December 22, 2017      By: _____/s/_____
    DENNIS C. BARGHAAN, JR.
    Deputy Chief, Civil Division
    Assistant United States Attorney
    2100 Jamieson Avenue
    Alexandria, Virginia 22314
    Tel.: (703) 299-3891
    Fax: (703) 299-3983
    Dennis.Barghaan@usdoj.gov
    *Attorney for Defendants*