**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| _____ )<br>BOOKING.COM B.V., )<br> )<br> Plaintiff, )<br> )<br> v. )<br> )<br>JOSEPH MATAL, )<br> Performing the Function and Duties )<br> Of the Under Secretary of )<br> Commerce for Intellectual Property )<br> and Director of the United States )<br> Patent and Trademark Office, )<br> )<br>AND THE UNITED STATES PATENT )<br>AND TRADEMARK OFFICE )<br> )<br> Defendants. )<br>_____ ) | Civil Action No. 1:16-cv-425-LMB-IDD |

**PLAINTIFF'S NOTICE OF CROSS-APPEAL**

Please take notice  that Plaintiff in the above named case, Booking.com B.V., hereby cross-appeals to the United States Court of Appeals for the Fourth Circuit from the Order (Dkt. No. 111), and corresponding Memorandum Opinion (Dkt. No. 110), entered in this action on October 26, 2017, to the extent it awards "expenses" and fees to Defendants.


Dated: December 26, 2017              Respectfully submitted,


                                     FOLEY & LARDNER LLP


                                     By:  ___/s/ Brian Kapatkin_____
                                          Brian J. Kapatkin (VSB No. 75061)
                                          Katherine Califa (*pro hac vice*)
                                          Eoin Connolly (*pro hac vice*)

3000 K St. NW, Suite 600
Washington, D.C. 20007
bkapatkin@foley.com
kcalifa@foley.com
econnolly@foley.com
Telephone:  (202) 672-5300
Facsimile:  (202) 672-5399

    and

Jonathan E. Moskin (*pro hac vice*)
90 Park Avenue
New York, NY 10016
jmoskin@foley.com
Telephone:  (212) 682-7474
Facsimile:  (212) 687-2329

*Attorneys for Plaintiff Booking.com B.V.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 26th day of December, 2017, I caused the foregoing to be

served via the Court's CM/ECF system on all counsel of record for Defendants.


By: ____/s/ Brian Kapatkin_____
Brian J. Kapatkin (VSB No. 75061)
3000 K St. NW, Suite 600
Washington, D.C. 20007
bkapatkin@foley.com
Telephone:  (202) 672-5300
Facsimile:  (202) 672-5399