IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BOOKING.COM, B.V., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:16-cv-425 (LMB/IDD) |
| ) | |
| ANDREW HIRSHFELD, Performing the ) | |
| Functions and Duties of the Under Secretary ) | |
| of Commerce for Intellectual Property and ) | |
| Director of the United States Patent and ) | |
| Trademark office, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the portion of the Order issued on October 26, 2017 [Dkt. No. 111] which required plaintiff to pay defendants $76,873.61 be and is reduced to $23,676.58. In all other respects, that Order remains in full force and effect.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 3rd day of June, 2021

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge